CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

FEB 11 2014

JULIA C. [illegible], CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **LESTER C. WELLS,** | ) | **CASE NO. 7:14CV00048** |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| **JUSTIN MIRRETT,** | ) | **By:  James C. Turk** |
| | ) | **Senior United States District Judge** |
| **Defendant.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as

legally frivolous, all pending motions are **DENIED** as moot; and this action is stricken from the

active docket of the court.

ENTER: This _____ day of February, 2014.

_____
Senior United States District Judge